IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JOE BERNARD HUGHES, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | CV 110-077 |
| GREG COURSEY, Sheriff of Burke County, | ) ) ) ) | |
| Respondent. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the motion to proceed *in forma pauperis* is deemed **MOOT**, this petition filed pursuant to 28 U.S.C. § 2241 is **DISMISSED** without prejudice, and this civil action shall be **CLOSED**.

SO ORDERED this 20th day of August, 2010, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE